UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| WILLIAM DAVIS and KRISTINE DAVIS, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | No. 3:10-CV-191 |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| Defendant. | ) | |

| ROYCE SLAVEN and KAYBE SLAVEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:11-CV-612 |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| Defendant. | ) | |

| FRANKIE HAWN, *et al.*, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | No. 3:11-CV-613 |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is an Unopposed Motion for Removal of Rebecca Vernetti as Attorney of Record for the Plaintiffs. Attorney Sherif Guindi and Attorney Rebecca Vernetti currently serve as counsel for the Plaintiffs in the above cases. The Motion for Removal represents that Ms. Vernetti has been suspended from the practice of law for three years, and therefore, it is requested that she be removed as counsel in these cases. Mr. Guindi intends to continue as counsel for the Plaintiffs. The Defendant does not request the relief requested.

For good cause shown and because the continuity of Plaintiffs' counsel is ensured, the Court finds that the Motion for Removal **[Doc. 85]** is well-taken, and it is **GRANTED**. Rebecca Vernetti is **RELIEVED** of her duties as counsel in this case.

**IT IS SO ORDERED.**

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge